# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK DANIEL CROWLEY**  **PLAINTIFF**
*ADC #133058*

v.  CASE NO. 4:24-CV-00397-BSM-ERE

**LEMONS,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Mark Daniel Crowley's objections [Doc. No. 6], United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 5] is adopted. Crowley's official capacity claims and his claims regarding access to the kiosks are dismissed without prejudice for failure to state a plausible constitutional claim. Crowley is allowed to proceed with his conditions of confinement claims against defendants in their individual capacities. *See* Doc. No. 4.

IT IS SO ORDERED this 16th day of May, 2024.

UNITED STATES DISTRICT JUDGE