IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK DANIEL CROWLEY
ADC #133058                                                                    PLAINTIFF

V.                        NO. 4:24-cv-00397-BSM-ERE

LEMONS, *et al.*                                                              DEFENDANTS

## ORDER

Defendants have moved to set aside service for "Deputy Jones." *Doc. 12*. Defendants explain that Pulaski County Regional Detention Facility ("Detention Facility") staff signed for the summons "as a matter of course" and did not have knowledge of the status of "Deputy Jones." As a result, an executed summons was returned to the Court. *Doc. 9*. Defendants later discovered that three different "Deputy Jones" worked at the Detention Facility during the time period relevant to this lawsuit. Accordingly, on or about May 31, 2024, Detention Facility staff returned the mail/summons for "Deputy Jones." As of today's date, the docket sheet does not include any such returned mail.

Based on these facts, Defendants move to have service for "Deputy Jones" set aside. The Court agrees that whoever the intended "Deputy Jones" is, he or she was not properly served. See Fed. R. Civ. P. 4(e); *Barber v. Shock*, No. 4:08-cv-04115-HLJ, 2009 WL 856451 (E.D. Ark. March 30, 2009) (magistrate judge set aside

service and process where purported defendant was no longer employed by the county and another employee accepted service).

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to set aside service for Deputy Jones (*Doc. 12*) is GRANTED.

2. Service for Deputy Jones will be set aside.

3. Within 30 days, Mr. Crowley must provide the Court either the first name, first initial of the first name, or a physical description of "Deputy Jones."

4. Mr. Crowley is reminded that any Defendant who is not properly served with process within 90 days of May 6, 2024, the date that he filed this lawsuit, may be dismissed, without prejudice, from this lawsuit. Local Rule 5.5 (c).

SO ORDERED 11 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE