# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK DANIEL CROWLEY**　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #133058*

v.　　　　　　　　**CASE NO. 4:24-CV-00397-BSM**

**LEMONS,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 42] is adopted and defendants' motion for summary judgment [Doc. No. 30] is denied.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE