IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK DANIEL CROWLEY**                                        **PLAINTIFF**

v.                      **CASE NO. 4:24-CV-00397-BSM**

**LEMONS**, *et al.*                                                  **DEFENDANTS**

**ORDER**

After de novo review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 93] is adopted and defendants' motion for summary judgment [Doc. No. 72] is granted.  Crowley's claims are dismissed with prejudice, and the clerk is directed to close this case.  All other motions are denied as moot.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE