IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK DANIEL CROWLEY**                                                                                   **PLAINTIFF**

v.                                    CASE NO. 4:24-CV-00397-BSM

**LEMONS,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE